IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHTIII, | |
| Petitioner, | 8:22CV439 |
| vs. | |
| UNITED STATES DISTRICT COURT THE DISTRICT OF NEBRASKA, and JOSEPH P. MEYER, Special Assistant United States Attorney; | MEMORANDUM AND ORDER |
| Respondents. | |

Petitioner Clifford Wright filed his Petition, Filing No. 1, in this matter on December 19, 2022. Petitioner filed a motion seeking leave to amend his Petition on January 17, 2023 (the "Motion to Amend"), adding thirteen grounds to his initial Petition. Filing No. 8. He seeks to incorporate his amendments, as set forth in the Motion to Amend, by reference into his initial Petition. *Id.*

The Motion to Amend is GRANTED. In accordance with NECivR 15.1(b), the Court will consider Plaintiff's Motion to Amend as supplemental to his original Petition and direct the Clerk's Office to update the Court's records to reflect that Filing No. 8 is a motion and supplement to his Petition. *See* NECivR 15.1(b) (stating that in pro se cases, the Court may consider an amended pleading as supplemental to the original pleading, rather than as superseding). The next step in this case is for the Court to conduct a preliminary

review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

**IT IS SO ORDERED.**

Dated this 24th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court